



# MEMORANDUM OPINION

No. 04-11-00587-CV

Brian K. **ALFARO**, Pinnacle Partners Financial Corp., & Alfaro Oil & Gas, LLC,
Appellants

v.

Eugene **HERRMANN**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12354
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:　　Catherine Stone, Chief Justice
　　　　　　Karen Angelini, Justice
　　　　　　Marialyn Barnard, Justice

Delivered and Filed:  January 11, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellants Brian K. Alfaro, Pinnacle Partners Financial Corp., and Alfaro Oil & Gas,

LLC appeal the trial court's judgment signed July 14, 2011.  On October 31, 2011, we ordered

appellants to provide written proof to this court on or before November 10, 2011, that either (1)

the reporter's fee had been paid or arrangements satisfactory to the reporter had been made, or

(2) they were entitled to the record without prepayment of the reporter's fee.  We advised that if

appellants did not respond, their brief would be due November 30, 2011, and we would consider

only those issues or points raised that did not require a reporter's record for a decision. Appellants did not provide the proof of payment nor establish they were entitled to appeal without paying the fee. Appellants' brief was therefore due November 30, 2011, raising only those issues that did not require a reporter's record for a decision. Neither the brief nor an extension of time to file the brief was filed on or before November 30, 2011.

Accordingly, on December 12, 2011, we ordered appellants to file, not later than December 22, 2011, the appellants' brief and a written response reasonably explaining their failure to timely file the brief. We advised appellants that if they failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellants have not filed a brief or the written response ordered by the court.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee, Eugene Herrmann, recover his costs in this appeal from appellants Brian K. Alfaro, Pinnacle Partners Financial Corp., and Alfaro Oil & Gas, LLC.


PER CURIAM